No. State 131.   MEDINA, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 222 N. W. 2d 708.)

Criminal law. Forgery (uttering). Sentence. Probation. Plea bargain recommendation. Propriety of trial court rejection. No abuse of discretion.

The cause was submitted for the plaintiff in error on the briefs of *Patrick J. Devitt*, Legal Aid Society of Mil-

waukee, and for the defendant in error on the brief of *Robert W. Warren*, attorney general, and *Christine M. Wiseman*, assistant attorney general.